## PUBLISHER'S COLUMN
# The Ohio Law Abstract

Entered as second) class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Saturday          50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00
Single Numbers ...............................   .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25).........$15.00
No discount allowed after expiration date

### THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave. Cleveland, O.

Address all mail communications to P. O. Box 2455, Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

Toledo & Ind. Rd. Co. v. Pub. Util. Comm.. 20129, 20130
Watkins Co. v. Hartzell ...................... 19860

## TUESDAY, NOV. 9, 1926
### GENERAL DOCKET

19904—Edward C. Krempin v. Amazon Lodge No. 567, etc., Cuyahoga. Petition in error filed as of right dismissed; no debatable constitutional question involved. Dock. 6-17-26, 4 Abs. 404; OS. Pend. 4 Abs. 554.

19801—J. S. Lykins v. Public Utilities Commission of Ohio; error to Commission. Dismissed on application of plaintiff in error. Dock. 5-1-26; 4 Abs. 302.

### MOTION DOCKET

19860—The J. R. Watkins Company v. Elmer Hartzell. Motion for Darke Appeals to certify. Overruled. Dock. 6-2-26; 4 Abs. 379; OA. 4 Abs. 522; OS. Pend. 4 Abs. 618.

19870—Mira J. Sheffield v. Effie E. Sharp. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-7-26, 4 Abs. 379; OS. Pend. 4 Abs. 508.

19902—John F. Dethloff v. M. O. Starbuck. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 6-17-26, 4 Abs. 404; OS. Pend. 4 Abs. 553.

19904—Edward C. Krempin v. Amazon Lodge No. 567, etc. Motion and supplemental motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-17-26, 4 Abs. 404; OS. Pend. 4 Abs. 554.

19904—Edward C. Krempin v. Amazon Lodge No. error filed as of right. Sustained. Dock. 6-17-26, 4 Abs. 567, etc. Motion by defendant to dismiss petition in 404; OS. Pend. 4 Abs. 554.

19908—Jacob Bach v. Frederick J. Phelps et al. Motion for Crawford Appeals to certify. Overruled. Dock. 6-18-26, 4 Abs. 404; OS. Pend. 4 Abs. 55.

19911—Ruth Creager v. Kennall J. Creager. Motion for Darke Appeals to certify. Overruled. Dock. 6-19-26, 4 Abs. 404; OS. Pend. 4 Abs. 570.

19921—Charles H. Simmer et v. Supreme Council Thirty-Third and Last Degree of Ancient Accepted Rate of Independent State of Ohio, etc. Motion for Franklin Appeals to certify. Overruled. Dock. 6-23-26; 4 Abs. 475; OS. Pend. 4 Abs. 590.

19927—Frank Derr v. Jacob Brown et al. Motion for Crawford Appeals to certify. Overruled. Dock. 6-25-26, 4 Abs. 475; OS. Pend. 4 Abs. 603.

19928—W. D. Grote v. Gaff Estate Company. Motion for Hamilton Appeals to certify. Overruled. Dock. 6-25-26, 4 Abs. 475; OA. 4 Abs. 628; OS. Pend. 4 Abs. 603.

19929—Cleveland Ry. Co. v. Anna Lamos. Motion and amended supplemental motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-26-26, 4 Abs. 475; OS. Pend. 4 Abs. 604.

19948—Improved Home Telephone Co. v. Elmer L. Horn, administrator. Motion for Tuscarawas Appeals to certify. Overruled. Dock. 7-1-26, 4 Abs. 475; OS. Pend. 4 Abs. 605.

20011—Alexander McD. Brown et v. South. Ohio Sav. Bk. & Tr. Co. et. Motion for Hamilton Appeals to certify. Overruled. Dock. 7-27-26, 4 Abs. 525.

20087—John J. Jones, treasurer, v. Harry L. Conn, et. Motion for Van Wert Appeals to certify. Allowed. Dock. 9-9-26, 4 Abs. 622.

20087—John J. Jones, treasurer, v. Harry L. Conn et. Motion by defendant to dismiss petition in error as of right. Overruled. Dock. 9-9-26, 4 Abs. 622.

20129-30—Toledo & Ind. Rd. Co. v. Public Utilities Commission of Ohio. Motion by plaintiff to dispense with printing exhibits. Withdrawn by plaintiff. Dock. 10-18-26; 4 Abs. 726.

## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Coleman v. Pub. Util Com...................... 20161
Fidelity & Cas. Co. of N. Y. v. Donnelly Co..... 20162
Gallet v. William Edwards Co.................... 20156
Kinkead, In Re .................................. 20157
Lake Shore Elect. Ry. Co. v. Ordway............ 20153
McClure v. Pub. Util. Com.............. 20158, 20159
N. Y., C. & St. L. Ry. Co. v. Nucifer.......... 20160
Nat. Accident Health Ins. Co. v. Caropolli...... 20155
Republic Iron & Steel Co. v. Gonzalez .......... 20152
Steely v. State ................................ 20154

### NOV. 3, 1926

20152—Republic Iron & Steel Co. v. German Gonzalez; motion for Mahoning Appeals to certify. Kennedy, Manchester, Conroy & Ford, Youngstown, for pltf; D. G. Jenkins, S. S. Davidson, Youngstown, for deft.

20153—Lake Shore Electric Ry. Co. v. Howard J. Ordway; motion for Huron Appeals to certify. Tolles, Hogsett, Ginn & Morley, Cleveland, and G. R. Craig, Norwalk for pltf; Young & Young, Norwalk, for deft.

### NOV. 4, 1926

20154—Jessie Steely v. State of Ohio ex rel. Motion for Pickaway Appeals to certify. Chas. Dresbach, Circleville, for pltf; C. A. Leist, Barton Walters, Circleville, for deft.

20155—National Accident Health Ins. Co. v. John Caroppoli; motion for Mahoning Appeals to certify. D. F. Rendinell, Youngstown, for pltf; T. E. Antonelli, Youngstown, for deft.

20156—James Gallett v. William Edwards Co.; motion for Mahoning Appeals to certify. D. F. Rendinell, Youngstown, for pltf; Doyle, Fisher & Stroh, Youngstown, for deft.

### NOV. 5, 1926

20157—In re Trusteeship of Charles E. Kinkead and In re Guardianship of Charles E. Kinkead; motion for Franklin Appeals to certify. Vorys, Sater, Seymour & Pease, F. M. Raymund and Hugh Huntington, Columbus, Attorneys.

20158—J. H. McClure, receiver of The Indiana, Columbus & Eastern Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Martin & Corry, Springfield, for pltf; C. C. Crabbe, J. W. Bricker, Columbus for deft.

20159—J. H. McClure, receiver of The Indiana, Columbus & Eastern Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Martin & Corry, Springfield, for pltf; C. C. Crabbe, J. W. Bricker, Columbus for deft.